IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01096-BNB

BRIAN P. CALCARI,

Applicant,

v.

ARI ZAVARAS, Executive Director, Colorado Department of Corrections, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

ORDER

This matter is before the Court on the "Motion for Leave to File Motion to Dismiss Counts One Through Four" that Respondents filed with the Court on September 2, 2010, in response to the Court's July 27, 2010, Order to File Pre-Answer Response.

It has come to the Court's attention that the instant action is the third habeas corpus action that Applicant, Brian P. Calcari, has filed attacking his conviction in case number 96CR587 in the district court for Larimer County, Colorado. *See Calcari v. Ortiz*, No. 04-cv-01298-ZLW (D. Colo. Sept. 14, 2004), *appeal dismissed*, No. 04-1422 (10th Cir. Feb. 9, 2005), *cert. denied*, No. 04-10562 (U.S. Oct. 3, 2005). In No. 04-cv-01298-ZLW, the habeas corpus application was denied and the action dismissed with prejudice as barred by the one-year limitation period in 28 U.S.C. § 2244(d). Judgment was entered on September 15, 2004. On February 9, 2005, the United States Court of Appeals for the Tenth Circuit denied a certificate of appealability, and dismissed the appeal. On October 3, 2005, the United States Supreme Court denied

certiorari review. Mr. Calcari also filed a prior habeas corpus application in this Court that was dismissed without prejudice as a mixed petition because it contained both exhausted and unexhausted claims. See *Calcari v. Colorado*, No. 00-cv-00350-RPM (D. Colo. July 7, 2000), *appeal dismissed*, No. 00-1304, 2004 WL 1853952 (10th Cir. Dec. 19, 2000), *cert. denied*, 533 U.S. 921 (2001).

Therefore, prior to addressing the September 2 motion, the Court will direct the parties to brief the issue of whether the instant action is a second or successive habeas corpus action.

Accordingly, it is

ORDERED that **within twenty-one (21) days from the date of this Order** Respondents shall file a Response to this Order. It is

FURTHER ORDERED that **within twenty-one (21) days of the filing of the Response** Applicant may file a Reply, if he desires.

DATED September 7, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01096-BNB

Brian P. Calcari
Prisoner No. 91915
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Ryan A. Crane
Assistant Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/7/10

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk